Adelaida M. Laga, PT, as Assignee of JENNY JIMENEZ, Appellant, 
against
Foremost Signature Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered March 17, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied. 
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
Plaintiff properly argues on appeal that defendant failed to establish, as a matter of law, its defense that the fees charged exceeded the amounts set forth in the workers' compensation fee schedule (see Rogy Med., P.C. v Mercury Cas. Co., 23 Misc 3d 132[A], 2009 NY Slip Op 50732[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2009]).
Accordingly, the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied. 
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: September 27, 2016